B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re  **George Anderson Crawford, Jr.**
       **Tania Yvonne Crawford**

Case No.  **09-27167-RAM**

Chapter  **13**

*AMENDED 10/22/2009*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $193,233.00 | | |
| B - Personal Property | Yes | 6 | $26,916.76 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | No | 3 | | $440,588.82 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 4 | | $240,634.65 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $5,913.40 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $5,744.21 |
| TOTAL | | 24 | $220,149.76 | $681,223.47 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
**Tania Yvonne Crawford**

Chapter **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $66,943.17 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $66,943.17 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $5,913.40 |
| Average Expenses (from Schedule J, Line 18) | $5,744.21 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $7,357.08 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $224,805.82 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $240,634.65 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $465,440.47 |

B6B (Official Form 6B) (12/07)

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
       **Tania Yvonne Crawford**
       (if known)

*AMENDED 10/22/2009*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | $25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Mutual Life Savings Account<br>Dade County Federal Credit Union<br>Account No.: xx3778 | W | $24.00 |
| | | Checking Account<br>Dade County Federal Credit Union<br>Account No.: xx0079 | H | $310.66 |
| | | Checking Account<br>Chase Bank<br>Account No.: xxxxxxxxxxx2996 | H | $208.48 |
| | | Checking Account<br>Chase Bank<br>Account No.: xxxxxxxxxxx8174 | W | $48.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household Furnishings<br>Living Room/Family Room:<br>2 Couches, 2 Loveseats, 2 Arm Chairs, Recliner, 2 Coffee Tables, 4 End Tables, Stereo, Wall Unit, 2 Decorations, 3 TV's, VCR, DVD Player, 4 Picture Frames, 2 Lamps<br>Bedrooms:<br>2 Beds, 2 Mattresses, 2 Dressers, 2 Headboards, 2 Footboards, 4 Night Stands, Lamp<br>Dining Room/Kitchen:<br>Set of Pots and Pans, Set of Dishes, Set of Glasses, Set of Silverware, Microwave, Toaster, Refrigerator, Stove, Dishwasher, Dining Room Set, China Cabinet<br>Miscellaneous:<br>Washer, Dryer, Lawn Mower, Computer, Printer, Fax | J | $2,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Anderson Crawford, Jr.**　　　　　　　　　　　Case No.　**09-27167-RAM**
　　　**Tania Yvonne Crawford**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 10/22/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | Machine, Desk, Chair, Camcorder, Digital Camera, 4 Patio Chairs, Patio Table, Barbecue, Ice Cooler | | |
| 6. Wearing apparel. | | Assorted Male Apparel | H | $100.00 |
| | | Assorted Female Apparel | W | $200.00 |
| 7. Furs and jewelry. | | Jewelry<br>Wedding Ring, Generic Watch | H | $150.00 |
| | | Jewelry<br>Wedding Ring, Assorted Costume Jewelry | W | $200.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance<br>Through Employer | H | $0.00 |
| | | Term Life Insurance<br>Through Employer | W | $0.00 |
| | | Term Life Insurance<br>Through Dade County Federal Credit Union | W | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
     **Tania Yvonne Crawford**
                                                                                        (if known)

*AMENDED 10/22/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
**Tania Yvonne Crawford**
(if known)

*AMENDED 10/22/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Dodge Ram 1500<br>Mileage: 44,000<br>Vin No.: 1D7HA18238S521926<br>Valuation based on Kelley Blue Book | H | $12,300.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
**Tania Yvonne Crawford**
(if known)

*AMENDED 10/22/2009*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2004 Chevrolet Avalanche<br>Mileage: 83,000<br>Vin No.: 3GNEC12T64G335184<br>Valuation based on Kelley Blue Book | H | $10,250.00 |
| | | 1968 Lincoln Continental<br>Vin No.: 8Y82A830148<br>Vehicle is non-operational. Valuation based on parts. | H | $100.00 |
| 26. Boats, motors, and accessories. | | 1999 Sea Ray<br>Vessel No. FL8539KP | H | $1,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
 **Tania Yvonne Crawford**
  (if known)

*AMENDED 10/22/2009*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____5_____ continuation sheets attached  **Total >**  **$26,916.76**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
**Tania Yvonne Crawford**
(If known)

*AMENDED 10/22/2009*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 27020 SW 120th Avenue Road, Homestead, FL 33032 (Homestead) | Fla. Const. art. X § 4(a)(1); Fla. Stat. Ann. §§ 222.01, .02 | $94,175.00 | $94,175.00 |
| Cash on hand | Fla. Const. art. X, § 4(a)(2) | $25.00 | $25.00 |
| Mutual Life Savings Account<br>Dade County Federal Credit Union<br>Account No.: xx3778 | Fla. Const. art. X, § 4(a)(2) | $24.00 | $24.00 |
| Checking Account<br>Dade County Federal Credit Union<br>Account No.: xx0079 | Fla. Const. art. X, § 4(a)(2) | $310.66 | $310.66 |
| Checking Account<br>Chase Bank<br>Account No.: xxxxxxxxxx2996 | Fla. Const. art. X, § 4(a)(2) | $208.48 | $208.48 |
| Checking Account<br>Chase Bank<br>Account No.: xxxxxxxxxx8174 | Fla. Const. art. X, § 4(a)(2) | $48.62 | $48.62 |
| Household Furnishings<br><br>Living Room/Family Room:<br>2 Couches, 2 Loveseats, 2 Arm Chairs, Recliner, 2 Coffee Tables, 4 End Tables, Stereo, Wall Unit, 2 Decorations, 3 TV's, VCR, DVD Player, 4 Picture Frames, 2 Lamps<br><br>Bedrooms: | Fla. Const. art. X, § 4(a)(2) | $733.24 | $2,000.00 |
| | | **$95,525.00** | **$96,791.76** |

B6C (Official Form 6C) (12/07) -- Cont.

In re **George Anderson Crawford, Jr.**　　　　　　　　　　　　Case No. **09-27167-RAM**
　　　　**Tania Yvonne Crawford**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 10/22/2009*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 Beds, 2 Mattresses, 2 Dressers, 2 Headboards, 2 Footboards, 4 Night Stands, Lamp<br><br>Dining Room/Kitchen:<br>Set of Pots and Pans, Set of Dishes, Set of Glasses, Set of Silverware, Microwave, Toaster, Refrigerator, Stove, Dishwasher, Dining Room Set, China Cabinet<br><br>Miscellaneous:<br>Washer, Dryer, Lawn Mower, Computer, Printer, Fax Machine, Desk, Chair, Camcorder, Digital Camera, 4 Patio Chairs, Patio Table, Barbecue, Ice Cooler | | | |
| Assorted Male Apparel | Fla. Const. art. X, § 4(a)(2) | $100.00 | $100.00 |
| Assorted Female Apparel | Fla. Const. art. X, § 4(a)(2) | $200.00 | $200.00 |
| Jewelry<br><br>Wedding Ring, Generic Watch | Fla. Const. art. X, § 4(a)(2) | $150.00 | $150.00 |
| Jewelry<br><br>Wedding Ring, Assorted Costume Jewelry | Fla. Const. art. X, § 4(a)(2) | $200.00 | $200.00 |
| Term Life Insurance Through Employer | Fla. Stat. Ann. § 222.14 | $0.00 | $0.00 |
| Term Life Insurance Through Employer | Fla. Stat. Ann. § 222.14 | $0.00 | $0.00 |
| Term Life Insurance Through Dade County Federal Credit Union | Fla. Stat. Ann. § 222.14 | $0.00 | $0.00 |
| | | **$96,175.00** | **$97,441.76** |

B6C (Official Form 6C) (12/07) -- Cont.

In re **George Anderson Crawford, Jr.**　　　　　　　　　　Case No.　**09-27167-RAM**
　　　**Tania Yvonne Crawford**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

*AMENDED 10/22/2009*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2004 Chevrolet Avalanche<br>Mileage: 83,000<br>Vin No.: 3GNEC12T64G335184<br><br>Valuation based on Kelley Blue Book | Fla. Stat. Ann. § 222.25(1) | $1,000.00 | $10,250.00 |
| | | **$97,175.00** | **$107,691.76** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **George Anderson Crawford, Jr.**  Case No. **09-27167-RAM**
**Tania Yvonne Crawford** (if known)

*AMENDED 10/22/2009*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **11** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **10/22/2009**   Signature **/s/ George Anderson Crawford, Jr.**
*George Anderson Crawford, Jr.*

Date **10/22/2009**   Signature **/s/ Tania Yvonne Crawford**
*Tania Yvonne Crawford*

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*